IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 99-30658
Conference Calendar

IBBI SAM NDATAH,

Petitioner-Appellant,

versus

FRAN McGLOTHLAS; JANET RENO, U.S.
Attorney General; CARL CASTERLINE,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-2165
--------------------
December 17, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Ibbi Sam Ndatah, federal prisoner #26846-077, moves for waiver of the requirement that he file a brief in his appeal. Ndatah's motion is GRANTED. The district court lacked jurisdiction to consider Ndatah's 28 U.S.C. § 2241 challenge to a detainer allegedly placed against him by the Immigration and Naturalization Service. 8 U.S.C. § 1252(g). Ndatah's appeal is frivolous.

APPEAL DISMISSED. 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.